UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANNY NAIL,

    Plaintiff,

v.    Case No. 6:17-cv-1462-Orl-37GJK

U.S. OFFICE OF PERSONNEL
MANAGEMENT,

    Defendant.

## ORDER

This matter is before the Court on the following matters: (1) Defendant's Motion to Dismiss or, Alternatively, Motion for Summary Judgment (Doc. 44 ("**MTD**")); (2) Plaintiff's Response to Defendant's Motion to Dismiss or, Alternatively, Motion for Summary Judgment (Doc. 48); (3) Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss or, Alternatively, Motion for Summary Judgment (Doc. 54); (4) Plaintiff's Motion to Strike All or Part of Defendant, U.S. Office of Personnel Management's Reply to Plaintiff's Response to Motion to Dismiss, or Alternatively, Motion for Summary Judgment (Doc. 55); (5) Defendant's Response to Plaintiff's Motion to Strike (Doc. 56); and (6) the Report and Recommendation of U.S. Magistrate Judge Gregory J. Kelly (Doc. 57 ("**Report**")).

### DISCUSSION

This action concerns Plaintiff Danny Nail's claim that the prostate ablation treatment he underwent was covered under health insurance policy number

424466822TA ("**Policy**"), which was issued to Plaintiff by the Government Employees Health Association, Inc. (*See* Doc. 32, ¶¶3–8; Doc. 32-1.) The operative complaint includes two counts against the U.S. Office of Personnel Management ("**OPM**")—"**Count I**" for entry of a declaratory judgment pursuant to 28 U.S.C. § 2201 (Doc. 32, ¶¶39–41), and "**Count II**" for breach of the Policy (*id*. ¶¶42–44). On **January 4, 2018**, OPM filed the MTD (Doc. 44), Plaintiff responded (Doc. 48), and OPM replied (Doc. 54 ("**Reply**")). On **April 5, 2018**, Plaintiff moved to strike the Reply (Doc. 55 ("**MTS**")), and OPM responded (Doc. 56).

On referral, U.S. Magistrate Judge Gregory J. Kelly ("**Judge Kelly**") issued the Report on **April 23, 2018** (Doc. 57), which recommends that the Court: (1) grant the MTD in part based on preemption; (2) allow repleader; and (3) and deny the MTS as moot. Neither of the parties filed objections to the Report, and the deadline to do so has passed. *See* 28 U.S.C. § 636; Fed. R. Civ. P. 72; Local Rule 6.02(a). In the absence of objections, the Court has reviewed Judge Kelly's thoughtful and thorough Report for clear error and has found none.[1] As such, the Report is due to be adopted in its entirety.

## CONCLUSION

Upon consideration, **IT IS ORDERED** that:

---

[1] When written objections to the proposed findings and recommendations in a magistrate judge's report and recommendation are filed, the district court must make a de novo determination of the portions of the report to which an objection is made. 28 U.S.C. § 636(b)(1). But when the litigants fail to file specific objections to the magistrate's factual findings, the district court reviews the report and recommendation for clear error. *See Garvey v. Vaugh*, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

(1) The Report and Recommendation of U.S. Magistrate Judge Gregory J. Kelly (Doc. 57) is **ADOPTED, CONFIRMED**, and made part of this Order.

(2) Defendant's Motion to Dismiss or, Alternatively, Motion for Summary Judgment (Doc. 44) is **GRANTED IN PART AND DENIED IN PART**.

(3) Plaintiff's Motion to Strike All or Part of Defendant, U.S. Office of Personnel Management's Reply to Plaintiff's Response to Motion to Dismiss, or Alternatively, Motion for Summary Judgment (Doc. 55) is **DENIED AS MOOT**.

(4) Plaintiff's Third Amended Complaint (Doc. 32) is **DISMISSED WITHOUT PREJUDICE**.

(5) On or before **May 29, 2018**, Plaintiff may file a Fourth Amended Complaint.

(6) If Plaintiff fails to timely file a Fourth Amended Complaint, the Court will direct the Clerk of Court to close this action without further notice.

**DONE AND ORDERED** in Orlando, Florida, this 10th day of May, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record